### Isaac I. LUBOM, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 65951.

Missouri Court of Appeals,
Western District.

May 16, 2006.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang and Jayne Woods, Attorney General Office, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and ROBERT G. ULRICH, Judge.

### ORDER

Isaac Lubom appeals the circuit court's denial, without a hearing, of his Rule 24.035 motion for post-conviction relief for ineffective assistance of counsel. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).